CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, LUIS MARQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN CURVET INVESTMENT, LLC, a California Limited Liability Company; CELEBRITY CASINOS, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | **Case:** 2:20-CV-02633-DSF-JPR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants American Curvet Investment, LLC, a California Limited Liability Company and Celebrity Casinos, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 22, 2020              CENTER FOR DISABILITY ACCESS

                                  By:   /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff